## (October 18, 1977)

■ ALDEN HOTEL COMPANY et al., Respondents, v MATTHEW W. KANIN et al., Defendants, and IRVING FRIEDMAN, Appellant.—Judgment, Supreme Court, New York County, entered on October 6, 1976, unanimously affirmed. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Separate appeal from order entered on or about September 30, 1976, unanimously dismissed, without costs and without disbursements, said order having been reviewed on the appeal from the judgment. No opinion. Concur —Murphy, P. J., Lupiano, Evans and Capozzoli, JJ. [88 Misc 2d 546.]

■ HEALTH INSURANCE ASSOCIATION OF AMERICA et al., Appellants-Respondents, v THOMAS A. HARNETT, Respondent-Appellant.—Order and judgment (one paper), Supreme Court, New York County, entered on July 30, 1977, so far as appealed from, unanimously affirmed on the opinion of Gellinoff, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Capozzoli and Lane, JJ. [89 Misc 2d 795.]